UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 13-MJ-00778 (CR)** |
| | : | |
| **NORMAN ELLIS,** | : | **VIOLATIONS:** 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| **Defendant.** | : | |
| | : | **Criminal Forfeiture:** |
| | : | 18 U.S.C. §§ 981, 982; |
| | : | 21 U.S.C. § 853; |
| | : | 28 U.S.C. § 2461 |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about September 21, 2013, within the District of Columbia, **NORMAN ELLIS**, did willfully and unlawfully, by intimidation, attempt to take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of Signal Financial Credit Union, located at 1400 Irving Street, N.W., Washington, D.C., the deposits of which were insured by the National Credit Union Association (NCUA).

(**Bank Robbery,** in violation of Title 18, United States Code, Section 2113(a))

### FORFEITURE ALLEGATION

1.     Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c). The property subject to forfeiture includes a forfeiture money judgment in the amount of $2,481.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. 982(b).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1) and 982(b), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461).

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
DAVID B. KENT
Assistant United States Attorney
D.C. Bar No. 482850
555 4th Street, NW, Suite 4122
Washington, D.C. 20530
(202) 252-7763